# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| D'ANDRE WHITLEY, | ) |
| Petitioner, | ) ) ) |
| v. | ) No. 4:16-CV-1537 JMB |
| MICHAEL BOWERSOX, | ) ) ) |
| Respondent, | ) |

## **MEMORANDUM AND ORDER**

Petitioner has neither paid the filing fee nor filed a motion for leave to proceed in forma pauperis.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk is directed to mail petitioner a copy of the Court's motion to proceed in forma pauperis – habeas cases.

**IT IS FURTHER ORDERED** that petitioner must either pay the $5 filing fee or submit a motion for leave to proceed in forma pauperis within twenty-one (21) days of the date of this Order.

Dated this 29th day of September, 2016.

/s/ *John M. Bodenhausen*
JOHN M. BODENHAUSEN
UNITED STATES DISTRICT JUDGE